Submitted on record and briefs October 20, reversed and remanded for new trial November 19, 1997

In the Matter of Randy Stanley,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

RANDY STANLEY,
*Appellant.*

(95M0060; CA A95253)

948 P2d 730

Theresa M. Kohlhoff filed the brief for appellant.

Hardy Myers, Attorney General, Virginia L. Linder, Solicitor General, and Richard D. Wasserman, Assistant Attorney General, filed the brief for respondent.

Before De Muniz, Presiding Judge, and Deits, Chief Judge, and Haselton, Judge.

PER CURIAM

## PER CURIAM

In this appeal from two recommitment orders, the state concedes that the trial court committed reversible error by failing to advise appellant of all the matters required by ORS 426.100(1). *See, e.g., State v. Montgomery*, 147 Or App 69, 70, 934 P2d 640 (1997). We accept the concession.

Reversed and remanded for new trial.